IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT PARRISH, JR. #203 765, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-763-TMH |
| | ) | [WO] |
| A.D.O.C. CENTRAL REVIEW COMMITTEE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Plaintiff's Complaint is dismissed with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i-iii).

A separate judgment shall issue.

Done this 22nd day of November, 2013.

/s/ Truman M. Hobbs
_____
 SENIOR UNITED STATES DISTRICT JUDGE