IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINCENT PARRISH, JR. #203 765, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-763-TMH |
| | )                [WO] |
| A.D.O.C. CENTRAL REVIEW | ) |
| COMMITTEE, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendant.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE